IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GARY WARD NELSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-cv-1025-DWD** |
| | ) | |
| **SCOTT MILLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**DUGAN, District Judge:**

Plaintiff Gary Ward Nelson is a pro se litigant. On July 30, 2026, the Court received a complaint from Plaintiff filed pursuant to 42 U.S.C. § 1983 concerning alleged excessive force by Defendant Scott Miller, a police officer in Marshfield, Missouri, while Plaintiff was detained. (Doc. 1). Title 28 U.S.C. § 1391(b) provides that suits filed under § 1983 may be brought only in (1) the judicial district where any defendant resides if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found if there is no district in which the action may otherwise be brought.

Plaintiff's complaint alleges constitutional violations against a police officer employed in Marshfield, Missouri, in Webster County, which lies within the jurisdiction of the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 105(b)(5) (outlining the Missouri counties that comprise the Western District of Missouri,



Case 6:26-cv-03546-MDH Document 7 Filed 08/31/26 Page 1 of 2

including Webster County which falls within the Central Division of the Western District of Missouri). Accordingly, the Court finds that venue lies in the Central Division of the Western District of Missouri, and it is in the interests of justice that this case is transferred to that district. *See* 28 U.S.C. § 1404(a) ("For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]").

The Clerk of Court is hereby **ORDERED** to transfer this entire matter, including the pending motion to proceed *in forma pauperis* (Doc. 2) to the Central Division of the United States District Court for the Western District of Missouri.

**IT IS SO ORDERED.**

DATED: August 31, 2026

DAVID W. DUGAN
United States District Judge